**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RALPH  BROOKS, JR.** on behalf of himself and all others similarly situated, | : : : : | CIVIL ACTION NO. 06-CV-955 |
| Plaintiff, | : : | |
| v. | : : | JURY TRIAL |
| **WACHOVIA BANK, N.A.; WACHOVIA CORPORATION; EVERGREEN INVESTMENT SERVICES, INC.; EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC.; and EVERGREEN DISTRIBUTORS, INC.** | : : : : : : : | CLASS ACTION |
| Defendants. | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO**
**DISMISS AMENDED COMPLAINT**

Plaintiff, through counsel, hereby opposes Defendants' Motion to Dismiss the

Amended Complaint and in support thereof relies upon the points and authorities in the

attached Memorandum of Law.

ANN MILLER, LLC

AM 5463
ANN MILLER
The Benjamin Franklin, Suite 206
834 Chestnut Street
Philadelphia, PA 19107
(215) 238-0468
(215) 574-0699 (Fax)

RICHARD D. GREENFIELD

GREENFIELD & GOODMAN LLC

7426 Tour Drive
Easton, MD 21601
(410) 745-4149
(410) 745-4158 (Fax)

September 8, 2006